UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10098-RGS

UNITED STATES OF AMERICA

v.

DAVID TURNER

MEMORANDUM AND ORDER ON BOSTON GLOBE
MEDIA PARTNERS, LLC'S MOTION TO INTERVENE AND
TO TERMINATE SEALING ORDERS

February 19, 2016

STEARNS, D.J.

The motion is <u>ALLOWED</u> in part and <u>DENIED</u> in part.  The document docketed as No. 468 (Sentencing Memorandum by David Turner) will be unsealed as requested, the government noting that it is not opposed to the unsealing.  Document No. 468 concerns Turner's original sentencing in 2003.  The documents docketed as Nos. 599 and 600 (Sealed Motion[s] entered as to Carmello Merlino, Stephen Rosetti, David Turner, [and] William Merlino) will remain under seal. From the court's inspection, it appears that these documents were mistakenly docketed in this case and are unrelated to any aspect of Turner's existing sentence.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE